UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No: 1:20-cv-3432-RBJ

**DEBORAH LAUFER,**

       Plaintiff,

v.

**M&P LODGING COMPANY, LLC.,**

       Defendant,

___

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE**
___

       Plaintiff, Deborah Laufer, pursuant to Rule 41 (a)(1)(A)(i) *Fed.R.Civ.P.*, hereby voluntarily dismisses this case, without prejudice.

       /s/ *Philip Michael Cullen, III, Esq.*
PHILIP MICHAEL CULLEN, III
Attorney at law – Chartered
Fla. Bar No: 167853
621 South Federal Highway, Suite Four
Fort Lauderdale, Florida 33301
Telephone: (954) 462-0600
Facsimile: (954) 462-1717
CULLENIII@aol.com.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on May 5, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

*/s/Philip Michael Cullen, III, Esq*.