# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No: 1:20-cv-3432-RBJ

DEBORAH LAUFER,
Plaintiff,

v.

M&P LODGING COMPANY, LLC.,
Defendant.

---

**DEFENDANT'S RESPONSE TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

---

Defendant M&P Lodging Company, LLC ("Defendant"), by and through its counsel, Ruebel & Quillen, LLC, hereby submits its Response to Plaintiff's Notice of Voluntary Dismissal Without Prejudice, and as grounds states as follows:

1. Defendant opposes a dismissal without prejudice of this matter.

2. Since a responsive pleading to the Complaint has been filed by Defendant, Plaintiff cannot voluntarily dismiss the action without prejudice without a stipulation from all parties or a court order. *See*, Fed.R.Civ.P. 41(a)(1)(A)(ii).

3. Defendant's Motion to Dismiss the Complaint is ripe for review and currently pending before the Court. *See*, Dkt. 28. Defendant requests that the Court retain the matter on its docket.

4. Defendant would stipulate to a dismissal with prejudice.

WHEREFORE, Defendant respectfully requests that the Court deny Plaintiff's Notice of Voluntary Dismissal Without Prejudice, and for any other relief as the Court deems proper.

Dated this 6th day of May, 2021.

       *s/ Julia L. Morgenthau*
       **Julia L. Morgenthau**
       RUEBEL & QUILLEN, LLC
       8461 Turnpike Drive, Suite 206
       Westminster, CO 80031
       Telephone: (888) 989-1777
       Facsimile: (303) 362-5724
       Email: *julia@rq-law.com*
       *Attorneys for Defendant M&P Lodging Company, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 6th day of May, 2021, a true and correct copy of the foregoing DEFENDANT'S RESPONSE TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WIHTOUT PREJUDICE was served via ECF on the following:

Philip Michael Cullen, III
Attorney at law – Chartered
621 South Federal Highway, Suite Four
Fort Lauderdale, FL 33301
*Attorneys for Plaintiff*

       */s/ Susan Pensiero*
       Susan Pensiero, *Paralegal for Defendant M&P Lodging Company, LLC*